| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | **Betty Joyce Ferguson**<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3014<br>EIN: __–_____ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: Eastern District of Texas | | Date case filed for chapter:   13   10/9/23 |
| Case number: 23-90243 | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Betty Joyce Ferguson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 156 Willis Lane<br>Garrison, TX 75946 | |
| 4. | **Debtor's attorney**<br>Name and address | Walter David Stephens<br>P.O. Box 444<br>103 E. Denman<br>Lufkin, TX 75902–0444 | Contact phone (936) 639–5898<br>Email: wdavids@consolidated.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Lloyd Kraus<br>Plaza Tower<br>110 N. College Ave., 12th Floor<br>Tyler, TX 75702 | Contact phone 903–593–7777<br>Email: docs@ch13tyler.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Willow<br>Suite 112<br>Beaumont, TX 77701 | Hours open:<br>8:00 – 4:00<br>Contact phone 409–839–2617<br>Date: 10/24/23 |

For more information, see page 2

Debtor **Betty Joyce Ferguson**  Case number 23–90243

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2023 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Hearing by Video Conference** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/16/24** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/18/23** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/8/24** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. A proof of claim may be filed electronically. Click the "File a Claim" button on the home page at https://www.txeb.uscourts.gov/ to submit a claim. Contact the bankruptcy clerk's office for further instructions.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan and will be sent separately. The hearing on confirmation will be held on:<br>**1/11/24** at **09:30 AM** , Location: **Jack Brooks Federal Courthouse, 300 Willow, Suite 112, Beaumont, TX 77701**<br><br>**Objections to confirmation must be filed in writing with the Court no later than (14) days prior to the scheduled hearing to consider confirmation of the plan.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 23-90243-jps
Betty Joyce Ferguson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-9      User: admin      Page 1 of 3
Date Rcvd: Oct 24, 2023      Form ID: 309I      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Betty Joyce Ferguson, 156 Willis Lane, Garrison, TX 75946-7568 |
| 8321768 | + | Brandon Lawson, 3022 N Pecan St, Nacogdoches, TX 75965-2842 |
| 8321783 | + | Oportunity Bank, Attn: Bankruptcy, Po Box 560698, The Colony, TX 75056-0698 |
| 8321784 | + | Republic Finance, 1600 W Frank Ave, Ste B, Lufkin, TX 75904-3172 |
| 8321793 | + | W. David Stephens, P. O. Box 444, 103 E Denman Ave, Lufkin, Texas 75901-3993 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wdavids@consolidated.net | Oct 25 2023 01:49:00 | Walter David Stephens, P.O. Box 444, 103 E. Denman, Lufkin, TX 75902-0444 |
| tr | + | Email/Text: docs@ch13tyler.com | Oct 25 2023 01:50:00 | Lloyd Kraus, Plaza Tower, 110 N. College Ave., 12th Floor, Tyler, TX 75702-7226 |
| ust | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Oct 25 2023 01:50:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| cr | + | EDI: AISACG.COM | Oct 25 2023 05:45:00 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Oct 25 2023 05:45:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 8321765 | + | Email/Text: bcd@oag.texas.gov | Oct 25 2023 01:50:00 | Attorney General of Texas, Box 12548, Capitol Station, Austin, TX 78711-2548 |
| 8321766 | + | Email/Text: bk@avant.com | Oct 25 2023 01:50:00 | Avant/WebBank, 222 North LaSalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 8321771 | | Email/Text: cfcbackoffice@contfinco.com | Oct 25 2023 01:50:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 8321772 | | Email/Text: cfcbackoffice@contfinco.com | Oct 25 2023 01:50:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714 |
| 8321769 | + | EDI: CAPITALONE.COM | Oct 25 2023 05:45:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 8321770 | + | EDI: WFNNB.COM | Oct 25 2023 05:45:00 | Comenity Bank/burkesol, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 8321773 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 25 2023 02:02:38 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 8326676 | | EDI: DISCOVER.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 25 2023 05:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 8321774 | + | EDI: DISCOVER.COM | Oct 25 2023 05:45:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 8321775 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Oct 25 2023 02:13:01 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 8321776 | ^ | MEBN | Oct 25 2023 01:46:54 | First Digital Card, Attn: Bankruptcy, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 8321777 | + | EDI: AMINFOFP.COM | Oct 25 2023 05:45:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 8321780 | | EDI: IRS.COM | Oct 25 2023 05:45:00 | IRS, 1919 Smith St, Mail Stop 5024 HOU, Houston, TX 77002 |
| 8321781 | + | Email/Text: docs@ch13tyler.com | Oct 25 2023 01:50:00 | Lloyd Kraus, Chapter 13 Trustee, 110 N College Ste 1200, Tyler, TX 75702-7242 |
| 8321782 | | Email/Text: ml-ebn@missionlane.com | Oct 25 2023 01:49:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 8321786 | | Email/Text: cscommunications@mrvbanks.com | Oct 25 2023 01:50:00 | REVVI, Attn: Bankruptcy, PO Box 85800, Sioux Falls, SD 57118 |
| 8325604 | + | EDI: TCISOLUTIONS.COM | Oct 25 2023 05:45:00 | MRV Banks, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 8325603 | ^ | MEBN | Oct 25 2023 01:46:46 | Synovus Bank, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 8321787 | | Email/Text: pacer@cpa.state.tx.us | Oct 25 2023 01:50:00 | State Comptroller Public Accts, Capitol Station, Austin, TX 78774 |
| 8325605 | + | EDI: TCISOLUTIONS.COM | Oct 25 2023 05:45:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 8321788 | | Email/Text: collections.pacer@twc.texas.gov | Oct 25 2023 01:50:00 | Texas Workforce Commission, PO Box 149080, Austin, TX 78714-9080 |
| 8321789 | + | EDI: TCISOLUTIONS.COM | Oct 25 2023 05:45:00 | Total VISA, Attn: Bankruptcy, P.O. Box 84930, Sioux Falls, SD 57118-4930 |
| 8321790 | + | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Oct 25 2023 01:50:00 | U. S. Trustee EDTX, 300 Plaza Tower, 110 N. College Ave, Tyler, TX 75702-7226 |
| 8321791 | | Email/Text: USATXE.BankECFBmt@usdoj.gov | Oct 25 2023 01:50:00 | United States Attorney BMT, 350 Magnolia Ave, Ste 150, Beaumont, TX 77701-2248 |
| 8321792 | | Email/Text: bknotice@upgrade.com | Oct 25 2023 01:49:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8321767 | *+ | Betty Joyce Ferguson, 156 Willis Lane, Garrison, TX 75946-7568 |
| 8321779 | * | IRS, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8321778 | *+ | Internal Revenue Service, Tyler Division Case Only, 3372 S/SW Loop 323, Tyler, TX 75701-9222 |
| 8321785 | ##+ | Republic Financial Group Inc, PO Box 375, Republic, MO 65738-0375 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 23-90243    Doc 9    Filed 10/26/23    Entered 10/26/23 23:29:49    Desc Imaged
Certificate of Notice    Page 5 of 5

| | | |
|---|---|---|
| District/off: 0540-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 24, 2023 | Form ID: 309I | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023            Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lloyd Kraus | docs@ch13tyler.com |
| US Trustee | USTPRegion06.TY.ECF@USDOJ.GOV |
| Walter David Stephens | on behalf of Debtor Betty Joyce Ferguson wdavids@consolidated.net wds01@consolidated.net;wdavids01@wdavidstephens.com;wdavids@wdavidstephens.com |

TOTAL: 3